IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIVYA VARGHESE AND JOHN VARGHESE, W/H, Plaintiffs, | : : : : |
| v. | : CIVIL ACTION : |
| THE TJX COMPANIES, INC., d/b/a T.J. MAXX, Defendant / Third-Party Plaintiff, | : : : : NO. 17-3866 |
| v. | : : |
| KELLERMEYER BERGENSONS SERVICES, LLC, *et al.*, Third-Party Defendants. | : : : |

# **ORDER**

AND NOW, this 8th day of March, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant The TJX Companies, Inc.'s Motion for Summary Judgment (Doc. No. 58) is **GRANTED**.

2. Third-Party Defendants Kellermeyer Bergensons Services, LLC's ("KBS") and Cornel Babici and Carteret Cleaning's (collectively, "Carteret") Motions for Summary Judgment (Doc. Nos. 65 & 73) are **DENIED AS MOOT**.

3. KBS and Carteret's Motions for Summary Judgment (Doc. Nos. 64 & 73) as to KBS's crossclaim for indemnification are **DENIED AS MOOT**.

BY THE COURT:

Date: March 8, 2019

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE